THE ATTORNEY GENERAL
OF TEXAS



CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 15, 1972                    *overruled by*
                                      *M-19*

Honorable Henry Rothell              Opinion No.   M-1280
Administrator
Texas Employment Commission          Re:  Whether the Commission
Austin, Texas   78778                     may pay for the accumulated
                                          vacation leave of line item
                                          employees shown in Items 1
                                          through 8 of the Texas Em-
                                          ployment Commission appro-
                                          priation from Item 9 of the
                                          Texas Employment Commission
Dear Mr. Rothell:                         appropriation.

        Your request for an opinion asks the following question:

        "1.  May the Commission pay for the accumu-
    lated vacation leave of line-item employees shown
    in Items 1 through 8 of the Texas Employment Com-
    mission appropriation from Item 9 of the Texas
    Employment Commission appropriation, which pro-
    vides:  'For salaries of classified positions,
    professional fees and services, part-time and
    seasonal help, estimated to be $33,495,370.'?

        "(a) If the answer to question 1 is negative,
    from what source will the Commission make such
    payment?

        "(b) If the answer to question 1 is affirma-
    tive, may such payment be made on the monthly pay-
    roll for the month in which the separations occur?"

        Accumulated vacation entitlement is a vested right of
State employees and their estates.  Attorney General's Opinions
M-1075 (1972) and M-1252 (1972).  It was held in Attorney General's
Opinion M-1252 (1972) that employees for whom line item appropria-
tions are made may be paid for accumulated time from other salary
funds.

        Items 1 through 9 of the appropriation to the Texas
Employment Commission provide:

"For the Year Ending
August 31,
1973

| | | |
|---|---|---:|
| "1. | Commissioners (3 at $28,500 each) | $  85,500 |
| 2. | Administrator | 25,500 |
| 3. | Associate Administrator | 24,500 |
| 4. | Employment Service Director | 23,000 |
| 5. | Unemployment Insurance Director | 23,000 |
| 6. | Assistant Administrators (2 at $21,000 each) | 42,000 |
| 7. | General Counsel | 21,000 |
| 8. | Assistant Attorneys General IV (3 at $21,000 each) | 63,000 |
| 9. | For salaries of classified positions, professional fees and services, part-time and seasonal help, estimated to be | 33,495,370" |

In Attorney General's Opinion M-1279 (1972) it was held that the provisions of Section 7 of Article V of the current General Appropriations Act relating to "Employees' Vacation and Leaves" are not applicable to State officials. Since the Commissioners are State officials, terminal vacation pay may not be allowed these officials. Items 2 through 8 are line item appropriations for salaries of employees. Therefore payment for accured vacation time may be paid from other salary funds. Attorney General's Opinion M-1252 (1972). You are accordingly advised that such payment may be made from Item 9. Such payment should be submitted on the monthly payroll for the month in which the separation shall occur. Attorney General's Opinion M-1252 (1972).

S U M M A R Y

Payment for accrued vacation time for employees listed in Items 2 through 8 of the appropriation to the Texas Employment Commission may be paid for out of Item 9 of the appropriation to the Texas Employment Commission.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

W. E. Allen, Chairman
Bob Flowers
J. C. Davis
Marvin Sentell
Bob Gauss
John Grace

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant